IN THE UNITED STATES DISTRICT COURT
DISTRICT IF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| William D. Inman, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　vs. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>Tri-County Electric Cooperative, 　　　　)<br>Ricky Hanes, and Robert G. Wannamaker )<br>in their individual and official capacities.  )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants. 　　　　　　　　)<br>_____ ) | Civil Action No.: 5:15-cv-3441-JMC-KDW<br><br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

NOW COME the parties, by and through their undersigned counsel, and file this Stipulation of Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure dismissing Plaintiff's claims against Tri-County Electric Cooperative, Ricky Hanes and Robert G. Wannamaker in their individual and official capacities with prejudice.  The parties shall be responsible for their own attorney's fees and costs.

(Signature Block on Following Page)

Respectfully submitted,

CALLISON TIGHE & ROBINSON, LLC      MALONE, THOMPSON, SUMMERS & OTT, L.L.C

By: s/Janet E. Rhodes                     By: s/Michael D. Malone
Janet E. Rhodes, Esquire, (FID #10521)     Michael D. Malone, Esquire, (FID # 6709)
1812 Lincoln Street                         Charles F. Thompson, Jr. (FID #5969)
Post Office Box 1390                      Lake E. Summers (FID #7687)
Columbia, South Carolina 29202-1390     339 Heyward Street, Suite 200
Telephone: 803-404-6900                 Columbia, South Carolina 29201
Facsimile: 803-404-6902                  Telephone: 803-254-3300
Email: JanetRhodes@callisiontighe.com   Fascimile: 803-254-0309
                                                       Email: malone@mtsolawfirm.com

*Attorney for the Plaintiff*                       *Attorney for Defendants*

April 27, 2016
Columbia, South Carolina